Jorge Alejandro Rojas
rojas.jorge96@gmail.com
21305 Brighton Ave
Torrance, CA 90501
424-219-1582
Plaintiff in *Pro Se*



# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JORGE ALEJANDRO ROJAS,

    Plaintiff,

vs.

FEDERAL AVIATION ADMINISTRATION,

    Defendant

Case No.: CV15-05444-CBM(SSx)

**COMPLAINT FOR INJUNCTIVE RELIEF**

**COMPLAINT FOR INJUNCTIVE RELIEF**

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, to order the production of agency records maintained by the Federal Aviation Administration (FAA).



Page 1

2. This lawsuit challenges the agency's failure to disclose documents in response to Jorge A. Rojas' (Plaintiff) FOIA request. Plaintiff seeks information concerning the race, gender, ethnicity, and color of those who were deemed as having "passed" the Biographical Questionnaire/Biographical Assessment ("BQ/BA") for federal employment vacancy announcement FAA-ATO-15-ALLSRCE-4016 posted in March 2015.

## JURISDICTION AND VENUE

3. This court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B). Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B).

4. Plaintiff, Jorge A. Rojas, is the requester of the records which defendant is now withholding. Plaintiff has requested this information for use in a fact finding for EEO complaint and prompt release of the information is requested to assure my due process rights for information and to comply with timelines for such EEO complaint. Plaintiff also wishes to promote transparency, integrity, and accountability within the agency.

5. Defendant Federal Aviation Administration is an agency of the United States and has possession, custody, and control of the documents that plaintiff seeks. The agency is headquartered at 800 Independence Ave, SW Washington, DC 20591.

## FACTS

6. By electronic submission (See <u>Exhibit 1</u>) dated June 3, 2015, plaintiff requested records:

   1. A listing of those who were found eligible (passed the biographical assessment for the March 2015 Air Traffic Control Specialist - Trainee announcement.) These statistics include race, gender, and ethnicity. No personal identifying information is requested.

7. The agency confirmed receipt of the FOIA and assigned it tracking number 2015-007021 with a letter dated June 22, 2015 and identified Beth Mathison as the point of contact for this request. A copy of this letter is attached as <u>Exhibit 2</u>.

8. The Plaintiff has not received responsive documents or a request for extension by the agency. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant was required to

determine whether to comply with the request within twenty (20) working days and to notify Plaintiff immediately of its determination, the reasons therefor, and the right to appeal any adverse determination. Defendant's determination was due by July 16, 2015 at the latest. To date no determination has been received.

9. Plaintiff called the FOIA officer identified above on July 17, 2015 to request a status on the request. The officer stated that the request had been sent by the Office of Civil Rights to the Office of General Counsel for concurrence. Beth stated that this was done on July 14, 2015. She was not sure of the status of the concurrence with the Office of General Counsel. She was unable to provide a status date, and said "I absolutely don't know" instead. I advised her that I would not be granting an extension but that the agency can continue processing the request. Beth also stated that after General Counsel informs Civil Rights about its position, Civil Rights would tell Human Resources. It will then take about two weeks to receive responsive documents. The agency is attempting to find a way to not release the requested information that the public has a want to know.

10. This is a simple request to process and requests a listing of the ethnicity, gender, race, and color of applicants for federal employment who were selected as

Page 4

having passed a biographical examination/assessment for employment. The public has an interest in knowing this information because the agency is under scrutiny for changes in its hiring practices for controllers and there appears to be discrimination involved. Personal identifying information is NOT requested. Anything that ties the identity of an individual with the demographics of the individual is not requested. The agency has the information requested, as it was asked during the application process.

11. *Core v. USPS* decided that exemption 6 does not shield information regarding successful applicants. Although the applicants haven't been fully selected as a result of passing the assessment, the assessment was used as a gate keeper for further selection and testing. Besides a security clearance and medical examination, the individuals who passed the assessment made the cut to become air traffic controllers.

12. Plaintiff has a right of access to the requested information under and there is no legal basis for defendant's constructive denial of such access.

13. Because Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A), Plaintiff is deemed to have exhausted any and all administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C).

WHEREFORE, plaintiff requests this Court:

(1) order Defendant to conduct a search for any and all responsive records to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request;

(2) order Defendant to produce, any and all claimed nonexempt records to Plaintiff's FOIA request and a Vaughn index of any responsive records withheld under claim of exemption;

(3) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E);

(4) Expedite this proceeding as provided for in 28 U.S.C. § 1657;

(5) Grant such other and further relief as may deem just and proper.

Respectfully submitted,

Jorge Alejandro Rojas

21305 Brighton Ave

Torrance, CA 90501

DATED: July 17, 2015

Jorge Alejandro Rojas
In Pro Se

Federal Aviation Administration

# FOIA Form

## Your request has been submitted

Your FOIA request has been submitted. Save or print this page for your records.

[name] A Rojas

[address] Brighton Ave

[city] Torrance, CA 90501

[date] 03, 2015

Federal Aviation Administration
Monroney Aeronautical Center FOIA Coordinator, AMC-3
Box 25082
Oklahoma City, OK 73125

FOIA Coordinator:

This is a request under the Freedom of Information Act. I request that a copy of the following documents (or documents containing the following information) be provided to me:

[A listing] of those who were found eligible (passed the biographical assessment for the March 2015 Air Traffic Control Specialist - Trainee announcement. These statistics include race, gender, and ethnicity. No personal identifying information is requested other than race, gender, and ethnicity. Such information was collected by the USAJobs portal. I am requesting an itemized, indexed inventory of every agency record or portion thereof responsive to this request which you assert to be exempt from disclosure, accompanied by a detailed justification statement covering each refusal. Release records or portions thereof in accordance with the indexing requirements of Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974).

In order to determine my status to assess fees, you should know that my fee category is:

Individual seeking records for personal use and not for profit.

The maximum dollar amount I am willing to pay for this request is $50.00. Please notify me if the fees will exceed $50.00 or the maximum dollar amount I entered.

Exhibit 1
Page 8



U.S. Department
of Transportation
**Federal Aviation
Administration**

FOIA Program Management Branch
800 Independence Avenue SW
Washington, DC 20591

June 22, 2015

Mr. Jorge Rojas
21305 Brighton Ave
Torrance, CA 90501

Re: Freedom of Information Act (FOIA) Request 2015-007021

Dear Mr. Rojas:

This letter acknowledges receipt of your FOIA request dated June 3, 2015, concerning A listing of those who were found eligible (passed the biographical assessment for the March 2015 Air Traffic Control Specialist - Trainee announcement. These statistics include race, gender, and ethnicity..

Your request has been assigned for action to the office(s) listed below:

Federal Aviation Administration            Contact: Beth Mathison
Office of Human Resources                          FOIA Coordinator
1601 Lind Ave., SW                                 (425) 227-2070
Renton, WA 98057

Should you wish to inquire as to the status of your request, please contact the assigned FOIA coordinator(s). Please refer to the above referenced number on all future correspondence regarding this request.

Sincerely,

**Alan Eric Billings**
Digitally signed by Alan Eric Billings
DN: c=US, o=U.S. Government, ou=FEDERAL AVIATION ADMINISTRATION, ou=FEDERAL AVIATION ADMINISTRATION, cn=Alan Eric Billings
Date: 2015.06.22 16:49:35 -04'00'

Alan Billings

Exhibit 2
Page 9